HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814
Linda.allison@fd.org

Attorney for Defendant
JERRY ANDREWS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:17-cr-0174-MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | DATE: November 30, 2017 |
| JERRY ANDREWS, | TIME: 10:00 a.m. |
| Defendant. | JUDGE: Hon. Morrison C. England |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorney TIMOTHY DELGADO and Assistant Federal Defender LINDA C. ALLISON, attorney for JERRY ANDREWS, that the status conference hearing set for November 30, 2017 be continued to December 14, 2017 at 10:00 a.m.

The reason for this continuance is that the Counsel needs additional time to review plea negotiations with the defendant and continue with an investigation.

/ / /

/ / /

/ / /

/ / /

The parties further stipulate and agree to exclude time from the date of this stipulation November 27, 2017 to December 14, 2017 under the Speedy Trial Act (18 U.S.C. § 3161 (h)(7)(B)(iv))(Local Code T4).

Dated: November 27, 2017                              Respectfully submitted,

                                                      HEATHER E. WILLIAMS
                                                      Federal Defender

                                                      */s/ Linda C. Allison*
                                                      LINDA C. ALLISON
                                                      Assistant Federal Defender
                                                      Attorney for Defendant
                                                      JERRY ANDREWS

Dated: November 27, 2017                              PHILLIP A. TALBERT
                                                      United States Attorney


                                                      */s/ Timothy Delgado*
                                                      TIMOTHY DELGADO
                                                      Assistant United States Attorney

# ORDER

It is hereby ordered that the status conference hearing set for November 30, 2017 at 10:00 a.m. is continued to December 14, 2017 at 10:00 a.m. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the date of this order though November 30, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A), (B)(iv) and Local Code T4 because it results from a continuance granted by the Court at both parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: November 28, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE