| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | LINDA C. ALLISON, #179741<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>801 "I" Street, 3rd Floor |
| 4 | Sacramento, CA 95814<br>Linda.allison@fd.org |
| 5 | |
| 6 | Attorney for Defendant<br>JERRY ANDREWS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 2:17-cr-0174-MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER<br>) TO CONTINUE STATUS CONFERENCE |
| v. | ) |
| JERRY ANDREWS, | ) DATE: December 14, 2017<br>) TIME: 10:00 a.m. |
| Defendant. | ) JUDGE: Hon. Morrison C. England |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorney TIMOTHY DELGADO and Assistant Federal Defender LINDA C. ALLISON, attorney for JERRY ANDREWS, that the status conference hearing set for December 14, 2017 be continued to January 4, 2018 at 10:00 a.m.

The reason for this continuance is that the defense counsel is completing investigation regarding the defendant's criminal history and has had to order records from Solano County.

///

///

///

///

-1-

The parties further stipulate and agree to exclude time from the date of this stipulation December 14, 2017 to January 4, 2018 under the Speedy Trial Act (18 U.S.C. § 3161 (h)(7)(B)(iv))(Local Code T4).

Dated: December 12, 2017     Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Linda C. Allison*
LINDA C. ALLISON
Assistant Federal Defender
Attorney for Defendant
JERRY ANDREWS

Dated: December 12, 2017     PHILLIP A. TALBERT
United States Attorney

*/s/ Timothy Delgado*
TIMOTHY DELGADO
Assistant United States Attorney

**ORDER**

The status conference hearing set for December 14, 2017 at 10:00 a.m. is hereby continued to January 4, 2018 at 10:00 a.m. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the date of this order through January 4, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A), (B)(iv) and Local Code T4 because it results from a continuance granted by the Court at both parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: January 3, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE